Attorney ID#009511976
A. Michael Barker, Esquire
BARKER, GELFAND, JAMES & SARVAS
a Professional Corporation
Linwood Greene – Suite 12
210 New Road
Linwood, New Jersey 08221
(609) 601-8677
AMBarker@BarkerLawFirm.net
Our File Number: 60350-01
Attorney for Defendants County of Cumberland, Eugene Kelley, Sidney Giddens, Richard Cotto, Matthew Terres, and Sherman Jones

| | |
|---|---|
| LOURENZO WITT,<br><br>　　　　Plaintiff<br>v.<br><br>County of Cumberland, City of Vineland, Michael Russell, individually and in his official capacity, Eugene Kelley, individually and in his official capacity, Sidney Giddens, individually and in his official capacity, Richard Cotto, individually and in his official capacity, Matthew Terres, individually and in his official capacity, Sherman Jones, individually and in his official capacity, Christian Morales, individually and in his official capacity, Kenneth Farmer, individually and in his official capacity and John Doe Law Enforcement Officers 1-8,<br><br>　　　　Defendants | **UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY – CAMDEN VICINAGE**<br><br>DOCKET 1:20-cv-14678-RMB-KMW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE ON BEHALF OF ONLY DEFENDANTS EUGENE KELLEY, SIDNEY GIDDENS, RICHARD COTTO, MATTHEW TERRES, SHERMAN JONES and MICHAEL RUSSELL** |

It is hereby stipulated and agreed that the Complaint and First and Second Amended Complaint of the Plaintiff, Lourenzo Witt in his own right be and hereby is voluntarily dismissed with prejudice along with any Cross-Claims and Third-Party Claims against, Defendants, Eugene Kelley, Sidney Giddons, Richard Cotto, Matthew Terres, Sherman Jones and Michael Russell inclusive of attorney's fees or costs.

| | |
|---|---|
| LAW OFFICE OF<br>RICHARD PESCATORE<br><br>By: _____<br>Richard Pescatore, Esquire<br>*Attorney for Plaintiff*<br><br>Dated: 10/22/21 | BARKER, GELFAND, JAMES & SARVAS<br>A Professional Corporation<br><br>By: _____<br>A. Michael Barker, Esquire<br>*Attorney for* Eugene Kelley, Sidney Giddons, Richard Cotto, Matthew Terres, Sherman Jones<br><br>Dated: 10/28/21 |
| BIRCHMEIER & POWELL, LLC<br><br>By: _____<br>James Birchmeier, Esquire<br>*Attorney for* Michael Russell<br><br>Dated: 10/27/21 | |